IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAWRENCE GAINES | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 20-361 |
| RICHARD MARSH, *et al.* | : | |

# ORDER

**AND NOW**, this 30th day of April 2021, upon considering Respondents' Motion to supplement the record (ECF Doc. No. 49) and Motion to alter or amend findings (ECF Doc. No. 50), Petitioner's Responses (ECF Doc. No. 51), the District Attorney's Affidavit (ECF Doc. No. 53), the Court Reporter's Affidavit (ECF Doc. No. 57), Petitioner's Response (ECF Doc. No. 55), the Respondents' Reply (ECF Doc. No. 58), and for reasons in the accompanying Memorandum, it is **ORDERED** Respondents' Motion to supplement (ECF Doc. No. 49) and Motion to alter or amend (ECF Doc. No. 50) are **DENIED**.

**KEARNEY, J.**